## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| PORCHA CLARK TANYINGU, TRUSTEE OF NIA UMOJA LEGACY EXPRESS TRUST, | § § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-03021 |
| LAKEVIEW LOAN SERVICING, LLC and LOANCARE, LLC, | § § § § | |
| *Defendants.* | § § § § | |

### BUSINESS RECORDS DECLARATION

| | |
|---|---|
| STATE OF FLORIDA | § |
|  | § |
| COUNTY OF BREVARD | § |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2025.

*Karen Schell*
_____
Lakeview Loan Servicing, LLC
By: LoanCare, LLC as Attorney in Fact
Under a Limited Power of Attorney

1.    "My name is KAREN SCHELL". I am of sound mind and capable of making this Declaration. If called upon to testify, I would testify that I am personally acquainted with the facts stated herein, and such facts are true and correct.

2.    I am a Corporate Representative for LoanCare LLC ("LoanCare"). LoanCare services the subject loan for Lakeview Loan Servicing LLC ("Lakeview"). I have authority to make this Declaration on behalf of LoanCare and Lakeview.

3.    LoanCare maintains a computer database (the 'Loan Records') with respect to the mortgage loans that LoanCare services. The Loan Records also include electronic images of the original loan documents and of correspondence relating to such loans. The Loan Records are kept in the course of LoanCare's regularly conducted activity and it is the regular practice of LoanCare to make the records in the Loan Records. The entries in the Loan Records are made at

<span style="color:red">EXHIBIT M</span>

the time of the events and conditions they describe, either by people with first-hand knowledge of those events and conditions, or from information provided by people with such first-hand knowledge. The Loan Records kept by LoanCare also include any documents and files that LoanCare acquired from prior servicers of the mortgage loans, which are incorporated, kept, and relied on by LoanCare in the ordinary course of LoanCare's business. I, on behalf of LoanCare, reviewed LoanCare's electronic loan file records pertaining to this loan.  As such, I have personal knowledge of the facts stated herein.

4.      It is in LoanCare's regular course of business operations for an employee or representative, with the knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit thereof to be included in such record.  LoanCare keeps the documents labeled as Exhibits 'A' through 'L' in the regular course of business.

5.      The records were made at or near the time of their creation or soon thereafter. Exhibits 'A' through 'L' are true and correct copies of the following:

| A | Note |
|---|---|
| B | Deed of Trust |
| C | Assignment to Lakeview |
| D | Notice of Default dated October 9, 2018 |
| E | Cease and Desist dated January 24, 2018 |
| F | Notice of Acceleration dated February 28, 2019 |
| G | Monthly Statements |
| H | Notice of Default dated November 2, 2023 |
| I | Notice of Acceleration dated January 23, 2025 |
| J | Original Petition under Cause No. 2025-14219 |
| K | Order of Dismissal dated April 23, 2025 |
| L | Notice of Acceleration dated June 6, 2025 |

EXHIBIT M